IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT S. BEDNARZ<br><br>Plaintiff<br><br>vs.<br><br>CSX TRANSPORTATION, INC.<br><br>Defendant | CIVIL ACTION<br><br>NO. 5:06-cv-00257-FJS-GJD<br><br>**STIPULATION OF DISMISSAL** |

It is hereby agreed and stipulated by the Plaintiff, Robert S. Bednarz, and the Defendant, CSX Transportation, Inc., by and through their respective legal counsel, that the above matter be, and hereby is, dismissed with prejudice in its entirety, each party to bear its own costs.

| | |
|---|---|
| LAW OFFICE OF THOMAS J. JOYCE, III | McNAMEE, LOCHNER LAW FIRM |
| s/Elizabeth L. Schmidt<br>Elizabeth L. Schmidt, Esquire<br>900 Centerton Road<br>Mount Laurel, NJ 08054<br>(856) 914-0220<br>Attorney for Plaintiff, Robert S. Bednarz | s/Scott A. Barbour<br>Scott A. Barbour, Esquire<br>677 Broadway<br>Albany, NY 12207<br>(518) 447-3200<br>Attorney for Defendant, CSX Transp., Inc. |

**APPROVED:**

SO ORDERED

FREDERICK J. SCULLIN, JR.
SENIOR U.S. DISTRICT JUDGE

7/13/07

_____ J.